FILED
10/11/23 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-_10495_-GLT |
| | : | (Chapter 13) |
| CHRISTOPHER D. KING | : | Judge Gregory L. Taddonio |
| RACHELE H. KING | : | |
| | : | |
| Debtors. | : | |
| | : | |
| CHRISTOPHER D. KING | : | Document No. |
| RACHELE H. KING | : | |
| | : | |
| Movants, | : | Related to Document No. 13 |
| | : | |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| Chapter 13 Trustee, et al. | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER GRANTING ADDITIONAL TIME TO FILE**
**CHAPTER 13 PLAN AND RELATED DOCUMENTS**

IT IS HEREBY ORDERED THAT,

    the Debtors herein shall have until November 9, 2023 to file
their Chapter 13 Plan and related documents.  No further extensions
will be granted.

                                        Approved:

Dated:__10/11/23_____

                            _____
                            CHIEF JUDGE GREGORY L. TADDONIO
                            United States Bankruptcy Judge

cm: Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 23-10495-GLT

Christopher D. King                                                          Chapter 13

Rachele H. King
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                          Page 1 of 1

Date Rcvd: Oct 11, 2023                   Form ID: pdf900                   Total Noticed: 1


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christopher D. King, Rachele H. King, 4345 Miller Avenue, Erie, PA 16509-1311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Michael J. Graml | on behalf of Joint Debtor Rachele H. King mattorney@neo.rr.com  mjgraml@verizon.net |
| Michael J. Graml | on behalf of Debtor Christopher D. King mattorney@neo.rr.com  mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6