**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 23-_100495_-JCM |
| | : | (Chapter 13) |
| **CHRISTOPHER D. KING** | : | Judge John C. Melaragno |
| **RACHELE H. KING** | : | |
| | : | |
| Debtors. | : | |
| | : | |
| **RACHELE H. KING** | : | Document No. |
| | : | |
| | : | |
| Movant, | : | |
| | : | Related to Document No. |
| **RONDA J. WINNECOUR, ESQ.,** | : | |
| **Standing Chapter 13 Trustee and** | : | |
| **UPMC HAMOT MEDICAL CENTER** | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **November 24, 2023.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

| **ELECTRONIC NOTIFICATION**: | **FIRST CLASS MAIL:** |
|---|---|
| Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov | UPMC Hamot Medical Center<br>Attn: Payroll Manager<br>USX Tower, Floor 56<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Ronda J. Winnecour, Esq.<br>Office of the Chapter 13 Trustee<br>USX Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | |

  If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  November 24, 2023      /s/ MICHAEL J. GRAML
                MICHAEL J. GRAML, ESQ.
                Attorney for Debtors/Movant
                714 Sassafras Street
                Erie, PA 16501
                (814) 459-8288
                PA I.D. No. 50220
                mattorney@neo.rr.com