# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/22/23 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | Case No. 23-10495-GLT |
| **CHRISTOPHER D. KING** | (Chapter 13) |
| **RACHELE H. KING** | |
| 4345 Miller Avenue | |
| Erie, PA 16509-1311 | |
| SSN (H) XXX-XX-2211 (W) XXX-XX-0982 | Date: November 21, 2023 |
| **Debtors.** | |
| **RACHELE H. KING** | MOTION NO. **WO-2** |
| **Movant,** | Related Dkt No. 20 |
| vs. | |
| **RONDA J. WINNECOUR, ESQ.,** | |
| **Standing Chapter 13 Trustee and** | |
| **UMPC HAMOT MEDICAL CENTER** | |
| **Respondents.** | |

## ORDER TO PAY TRUSTEE

The above-named Debtor having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that:

Until further order of this Court, the Respondent from which the Debtor receives income:

**UPMC HAMOT MEDICAL CENTER**
**Attn: Payroll Manager**
**USX Tower, Floor 56**
**600 Grant Street**
**Pittsburgh, PA 15219**

(1) shall deduct from that income the sum of $738.46 (BI-WEEKLY) beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR, ESQ.**
**Chapter 13 Trustee, W.D. PA**
**P.O. Box 84051**
**Chicago, IL 60689-4002**

(2) the Debtor is paid bi-weekly, and the monthly plan payment is $1,600.00 per month.

(3) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

(4) the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedure.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7) this order supersedes previous orders made to the Respondent in this case.

(8) the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9) that the Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor and this estate.

Dated this  22nd  day of  November  , 2023.

GREGORY TADDONIO    hct
United States Bankruptcy Judge

cc:    Debtor
       .

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-10495-GLT
Christopher D. King  Chapter 13
Rachele H. King
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1　　　　　　　　　　　User: auto　　　　　　　　　　　Page 1 of 1
Date Rcvd: Nov 22, 2023　　　　　　　　　Form ID: pdf900　　　　　　　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

**Recip ID**　　**Recipient Name and Address**
db/jdb　　　　Christopher D. King, Rachele H. King, 4345 Miller Avenue, Erie, PA 16509-1311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2023　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

**Name**　　　　　　　　　**Email Address**

Alyk L Oflazian
　　　　　　　　　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Brian Nicholas
　　　　　　　　　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Michael J. Graml
　　　　　　　　　　on behalf of Joint Debtor Rachele H. King mattorney@neo.rr.com mjgraml@verizon.net

Michael J. Graml
　　　　　　　　　　on behalf of Debtor Christopher D. King mattorney@neo.rr.com mjgraml@verizon.net

Office of the United States Trustee
　　　　　　　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　　　　　　　cmecf@chapter13trusteewdpa.com

TOTAL: 6