**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 23- 10495 -GLT |
| | : | (Chapter 13) |
|     **CHRISTOPHER D. KING** | : | Judge Gregory L. Taddonio |
|     **RACHELE H. KING** | : | |
| | : | |
|     Debtors. | : | |
| | : | |
| **RACHELE H. KING** | : | Document No. |
| | : | |
| | : | |
|     Movant, | : | |
| | : | Related to Document No. |
| **RONDA J. WINNECOUR, ESQ.,** | : | |
| **Standing Chapter 13 Trustee and** | : | |
| **UPMC HAMOT MEDICAL CENTER** | : | |
| | : | |
| | : | |
|     Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **November 27, 2023.**

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

UPMC Hamot Medical Center
Attn: Payroll Manager
USX Tower, Floor 56
600 Grant Street
Pittsburgh, PA 15219

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

November 27, 2023        /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtors/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com