IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-_10495_-GLT |
| | : | (Chapter 13) |
| CHRISTOPHER D. KING | : | Judge Gregory L. Taddonio |
| RACHELE H. KING | : | |
| | : | |
| Debtors. | : | |
| | : | |
| RACHELE H. KING | : | Document No. |
| | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | Related to Document No. |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| Standing Chapter 13 Trustee and | : | |
| UPMC HAMOT MEDICAL CENTER | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

<u>CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE
ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I certify under penalty of perjury that I served the ***Order to Pay
Trustee Pursuant to Wage Attachment*** and ***Notification of Debtor's Social
Security Number (Local Bankruptcy Form 12)*** on the parties at the
addresses specified below or on the attached list on **July 28, 2025.**

The type(s) of service made on the parties (first class mail,
electronic notification, hand delivery, or another type of service) was:
**First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**<u>ELECTRONIC NOTIFICATION</u>:**

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**<u>FIRST CLASS MAIL</u>:**

UPMC Hamot Medical Center
Attn: Payroll Manager
USX Tower, Floor 56
600 Grant Street
Pittsburgh, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:


  July 28, 2025                        /s/ MICHAEL J. GRAML
                                      MICHAEL J. GRAML, ESQ.
                                      Attorney for Debtors/Movant
                                      714 Sassafras Street
                                      Erie, PA 16501
                                      (814) 459-8288
                                      PA I.D. No. 50220
                                      mattorney@neo.rr.com