# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-__10495__-GLT |
| | : | (Chapter 13) |
| **CHRISTOPHER D. KING** | : | Judge Gregory L. Taddonio |
| **RACHELE H. KING** | : | |
| **4345 Miller Avenue** | : | |
| **Erie, PA 16509-1311** | : | |
| SSN (H) XXX-XX-2211 (W) XXX-XX-0982 | : | Date: July 25, 2025 |
| | : | |
| **Debtors.** | : | |
| | : | MOTION NO. __WO-2__ |
| **RACHELE H. KING** | : | |
| | : | |
| **Movant,** | : | |
| vs. | : | |
| | : | Related to Docket No. __40__ |
| **RONDA J. WINNECOUR, ESQ.,** | : | |
| **Standing Chapter 13 Trustee and** | : | |
| **UPMC HAMOT MEDICAL CENTER** | : | |
| | : | |
| **Respondents.** | : | |

## AMENDED ORDER TO PAY TRUSTEE

The above-named Debtor having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that:

Until further order of this Court, the Respondent from which the Debtor receives income:

**UPMC Hamot Medical Center**
**Attn: Payroll Manager**
**USX Tower, Floor 56**
**600 Grant Street**
**Pittsburgh, PA 15219**

(1) shall deduct from that income the sum of $881.08 (BI-WEEKLY) beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR, ESQ.**
**Chapter 13 Trustee, W.D. PA**
**P.O. Box 84051**
**Chicago, IL 60689-4002**

(2) the Debtor is paid bi-weekly, and the monthly plan payment is $1,909.00 per month.

(3) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

(4) the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedure.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7) this order supersedes previous orders made to the Respondent in this case.

(8) the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9) that the Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor and this estate.

Dated this __28th__ day of __July_____, 2025.

_____
GREGORY L. TADDONIO
United States Bankruptcy Judge

cc:    Debtor
       Michael J. Graml, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10495-GLT |
| Christopher D. King | Chapter 13 |
| Rachele H. King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christopher D. King, Rachele H. King, 4345 Miller Avenue, Erie, PA 16509-1311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 30, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Ally Bank dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Michael J. Graml | on behalf of Joint Debtor Rachele H. King mattorney@neo.rr.com mjgraml@verizon.net |
| Michael J. Graml | on behalf of Debtor Christopher D. King mattorney@neo.rr.com mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7